**Dismissed and Memorandum Opinion filed April 23, 2020.**



**In The**

# Fourteenth Court of Appeals

## NO. 14-20-00201-CR

**LORENZO  DEWAYNE  WASHINGTON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Criminal Court at Law No. 12**
**Harris County, Texas**
**Trial Court Cause No. 2276510**

### MEMORANDUM  OPINION

Appellant entered a guilty plea to the offense of failure to identify to a police officer. In accordance with the terms of a plea bargain agreement with the State, the trial court assessed punishment at confinement for 30 days in county jail with 10 days credit. We dismiss the appeal.

The trial court signed a certification of the defendant's right to appeal in which the court certified that this is a plea bargain case, and the defendant has no right of appeal. *See* Tex. R. App. P. 25.2(a)(2). The trial court's certification is

included in the record on appeal. *See* Tex. R. App. P. 25.2(d). The record supports the trial court's certification. *See Dears v. State*, 154 S.W.3d 610, 615 (Tex. Crim. App. 2005). On March 20, 2020, this court notified the parties that the appeal would be dismissed for lack of jurisdiction unless a party demonstrated that the court has jurisdiction. No response has been received.

Accordingly, we dismiss the appeal.

PER CURIAM

Panel consists of Justices Christopher, Wise, and Zimmerer.
Do Not Publish — Tex. R. App. P. 47.2(b)